MICHAEL J. STORTZ (SBN 139386)
Michael.Stortz@dbr.com
MATTHEW J. ADLER (SBN 273147)
Matthew.Adler@dbr.com
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105-2235
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

Attorneys for Defendant
COMCAST CABLE COMMUNICATIONS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMIE TROUT, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COMCAST CABLE COMMUNICATIONS, LLC,<br><br>Defendant. | Case No. 3:17-cv-01912-RS<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE AND CASE MANAGEMENT CONFERENCE; DECLARATION OF MICHAEL J. STORTZ IN SUPPORT** |

WHEREAS, on August 7, 2017, this Court issued a Notice (Dkt. No. 30) continuing the hearing on Defendant's Motion to Compel Individual Arbitration and Stay Litigation ("Motion") to September 21, 2017;

WHEREAS, due to a conflict that arose following the Court's Notice, Defendant's counsel is unavailable for hearing on September 21, 2017; and

WHEREAS, the parties through counsel have agreed to continue the hearing to October 26, 2017, and to continue the Case Management Conference currently scheduled for October 5, 2017 to November 9, 2017;

IT IS THEREFORE STIPULATED by and between the parties through counsel as follows:

1. The hearing on Defendant's Motion shall be continued to October 26, 2017 at 1:30 p.m.

2. The Case Management Conference shall be continued to November 9, 2017 at 10:00 a.m.

3. The parties' joint Case Management Statement shall be filed on or before November 2, 2017.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: September 13, 2017 | DRINKER BIDDLE & REATH LLP |
| | |
| | By: /s/ Michael J. Stortz |
| |     Michael J. Stortz |
| |     Matthew J. Adler |
| | |
| | Attorneys for Defendant |
| | COMCAST CABLE COMMUNICATIONS, LLC |
| | |
| Dated: September 13, 2017 | LAW OFFICES OF TODD M. FRIEDMAN, P.C. |
| | |
| | By: /s/ Todd M. Friedman |
| |     Todd M. Friedman |
| |     Adrian Bacon |
| | |
| | Attorneys for Plaintiff |
| | JAMIE TROUT |

**Attestation Pursuant to Civil Local Rule 5-1(i)**

Pursuant to Civil Local Rule 5-1(i), I, Michael J. Stortz, hereby attest that I have obtained concurrence in the filing of this document from the other signatory to this document. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 13th day of September, 2017 in San Francisco, California.

    /s/ Michael J. Stortz
    Michael J. Stortz

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 9/14/17

    Hon. Richard Seeborg
    UNITED STATES DISTRICT JUDGE