1 MICHAEL J. STORTZ (SBN 139386)
Michael.Stortz@dbr.com
2 MATTHEW J. ADLER (SBN 273147)
Matthew.Adler@dbr.com
3 DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
4 San Francisco, California 94105-2235
Telephone: 415-591-7500
5 Facsimile: 415-591-7510

6 Attorneys for Defendant
COMCAST CABLE COMMUNICATIONS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMIE TROUT, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COMCAST CABLE COMMUNICATIONS, LLC,<br><br>Defendant. | Case No. 3:17-cv-01912-RS<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE; DECLARATION OF MICHAEL J. STORTZ IN SUPPORT** |

WHEREAS, on October 23, 2017, the Court issued a minute order (Dkt. No. 38) taking Defendant's Motion to Compel Arbitration ("Motion") under submission and vacating the October 26, 2017 hearing for that Motion;

WHEREAS, on November 2, 2017, the parties filed a Stipulation (Dkt. No. 39) to vacate the November 9, 2017 Case Management Conference ("CMC"), in light of the Court's forthcoming ruling on Defendant's Motion;

WHEREAS, the Court vacated the November 9, 2017 CMC and continued the CMC to December 21, 2017 (Dkt. No. 40);

WHEREAS, on November 29, 2017, the parties filed a Stipulation (Dkt. No. 41) to continue the CMC further, by approximately 30 days;

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND [PROPOSED] ORDER TO CONTINUE
CMC; STORTZ DECLARATION

CASE NO. 3:17-CV-01912-RS

1 | WHEREAS, on November 29, 2017, the Court continued the CMC from December 21, 2017 to January 25, 2018 (Dkt. No. 42);

WHEREAS, Defendant's Motion remains under submission and there has been no decision from the Court;

WHEREAS, should the Court grant Defendant's Motion, the parties anticipate that this action will be stayed pending the outcome of an arbitration proceeding;

WHEREAS, if the Court denies the Motion, Defendant reserves the right to take an appeal pursuant to the Federal Arbitration Act and to seek a stay of this action pending the appeal;

WHEREAS, the parties' Joint Case Management Statement is currently due on January 18, 2018;

WHEREAS, the parties believe that Defendant's Motion should be resolved prior to the initial CMC and submission of the CMC Statement;

WHEREAS, the parties have met and conferred and agree that, in the interest of judicial economy, the CMC should be continued by approximately 60 days, to provide additional time for the Court to issue a ruling on Defendant's Motion;

IT IS THEREFORE STIPULATED by and between the parties through their respective counsel as follows:

1. The January 25, 2018 CMC shall be continued to March 29, 2018, or the next date available for the Court.

2. The parties shall file a joint CMC Statement on or before March 22, 2018.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: January 4, 2018 | DRINKER BIDDLE & REATH LLP |
| | |
| | By: /s/ Michael J. Stortz |
| | Michael J. Stortz |
| | Matthew J. Adler |
| | |
| | Attorneys for Defendant |
| | COMCAST CABLE COMMUNICATIONS, LLC |
| Dated: January 4, 2018 | LAW OFFICES OF TODD M. FRIEDMAN, P.C. |
| | |
| | By: /s/ Todd M. Friedman |
| | Todd M. Friedman |
| | Adrian Bacon |
| | |
| | Attorneys for Plaintiff |
| | JAMIE TROUT |

**Attestation Pursuant to Civil Local Rule 5-1(i)**

Pursuant to Civil Local Rule 5-1(i), I, Michael J. Stortz, hereby attest that I have obtained concurrence in the filing of this document from the other signatory to this document. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 4th day of January, 2018 in San Francisco, California.

/s/ Michael J. Stortz
Michael J. Stortz

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 1/5/18

Hon. Richard Seeborg
UNITED STATES DISTRICT JUDGE